UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND J. COCKERHAM, JR. (#364734)

VERSUS

WARDEN DARREL VANNOY, ET AL.

CIVIL ACTION

NUMBER 15-630-JWD-SCR

# **O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued November 13, 2015 to which no objection was filed:

**IT IS ORDERED** that Plaintiff's Complaint is dismissed, without prejudice, for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e (a), but with prejudice to re-filing the same claim or claims in forma pauperis.[1]

Signed in Baton Rouge, Louisiana, on December 3, 2015.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 *Underwood v. Wilson*, 151 F.3d 292, 296 (5th Cir. 1998).