UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND J. COCKERHAM, JR. (#364734)

CIVIL ACTION

VERSUS

NUMBER 15-630-JWD-EWD

WARDEN DARREL VANNOY, ET AL.

**AMENDED OPINION**

After independently reviewing the entire record in this case including Plaintiff's objection (Doc. 8), and for reasons set forth in the Magistrate Judge's Report issued November 13, 2015 to which an objection was filed and considered:

**IT IS ORDERED** that Plaintiff's Complaint is dismissed, without prejudice, for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e (a), but with prejudice to re-filing the same claim or claims in forma pauperis.[1]

Signed in Baton Rouge, Louisiana, on February 24, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

1 *Underwood v. Wilson*, 151 F.3d 292, 296 (5th Cir. 1998).